ANNE B. BEER v. WILLIAM J. BEER.— Motion for reargument denied. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *ante,* p. 765.]

C. A. D. BAYLEY & Co., INC., v. JOHN W. DOTY et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See *ante,* p. 743.]

EMMETT G. MICKELSON v. HARRY M. NORRIS and DIEBOLD SAFE & LOCK COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *ante,* p. 769.]

WILLIAM BEATUS, INC., v. MAX H. GLUCK.— Motion for reargument denied, with $10 costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking prescribed by section 593 of the Civil Practice Act. Present — Martin, P. J., Townley, Dore and Callahan, JJ. [See *ante,* p. 771.]

## (June 8, 1945.)

MORRIS POLLMAN, Appellant, v. SAM POLLMAN et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

RUTH BECKER et al., Respondents, v. MANUFACTURERS TRUST COMPANY, as Successor Trustee under the Will of SARAH .L. BENNET for the benefit of CHAPMAN S. HARRIS, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Townley, J., dissents and votes to reverse and dismiss the complaint.

AUTOMATIC TRUCK LOADER CORPORATION et al., Respondents, v. CITY OF NEW YORK et al., Defendants, and THE HEIL COMPANY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant-appellant to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ELLA GREEN, Respondent, v. MURRAY M. ROSENBERG, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., and Glennon, J., dissent and vote to reverse and dismiss the complaint.

In the Matter of the Probate of the Will of SAMUEL ROOT, Deceased. WILLIAM ROOT et al., Appellants, ROSE GOLDBLATT, as Executrix of SAMUEL ROOT, Deceased, Respondent.— Decree so far as appealed from unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *post,* p. 841.]

ETHEL E. MULHOLLAND, Appellant, v. NINA L. WARBURG et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *post,* p. 937.]

JOSEPHINE KRAUS, Respondent, v. MICHAEL ROTHSTEIN, Appellant.— Judgments unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.